No. 574. ELECTRIC AUTO-LITE CO. *v.* P. & D. MANUFACTURING CO., INC. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-

ond Circuit denied. *Messrs. Drury W. Cooper* and *Edmund B. Whitcomb* for petitioner. *Messrs. Theodore S. Kenyon* and *John L. Lotsch* for respondent.